ALBERT H. EMERICH, as Administrator of the Estate of NORMAN J. EMERICH, Deceased, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

Argued April 9, 1946; decided May 29, 1946.

*Bartle Gorman* and *J. Walter Augar* for appellant.

*Edward J. Burns, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND. THACHER and DYE, JJ.